

MICHAEL F. HART  
mfhart@kohlerandhart.com

TELEPHONE 414.271.9595  
FACSIMILE 414.271.3701

April 10, 2015

**VIA ECF FILING**
Honorable Rudolph T. Randa
United States District Court Judge
Federal Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202-4512

Re: **United States of America v. Edward Patterson, et. al.**
    **Case No: 13-CR-193**

Dear Judge Randa:

I write to inform the Court that I have fully discussed with Mr. Heiniger his right to appeal his conviction and sentence in the above referenced matter. After considering his right to appeal, Mr. Heiniger has asked me to inform the Court that he does not wish to appeal.

Sincerely,

/s/ *Michael F. Hart*
Michael F. Hart
KOHLER & HART, SC
Attorneys for Defendant Paul Heiniger
735 North Water Street, Suite 1212
Milwaukee, WI 53202
Telephone: (414) 271-9595
Facsimile: (414) 271-3701
mfhart@kohlerandhart.com

MFH/kck

cc: Ms. Bridget Domaszek

